NO. 07-07-0432-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

DECEMBER 14, 2007

_____

JOE CHRISTIAN SALAZAR,

Appellant

v.

THE STATE OF TEXAS,

Appellee

_____

FROM THE 251ST DISTRICT COURT OF POTTER COUNTY;

NO. 55146-C; HON. ANA ESTEVEZ, PRESIDING

_____

*Abatement and Remand*

_____

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Joe Christian Salazar (appellant) filed a notice of appeal from his conviction for burglary of a building on October 19, 2007. On October 11, 2007, the trial court filed its certification representing that appellant has the right of appeal. However, the appellate record reflects that appellant failed to sign the certification pursuant to Texas Rule of

Appellate Procedure 25.2(d) which requires the certification to be signed by appellant and a copy served on him.[1]

Consequently, we abate the appeal and remand the cause to the 251st District Court of Potter County (trial court) for further proceedings. Upon remand, the trial court shall take such action necessary to secure and file with this court a certificate of right to appeal that complies with Texas Rule of Appellate Procedure 25.2(d) by January 14, 2008. Should additional time be needed to perform these tasks, the trial court may request same on or before January 14, 2008.

It is so ordered.

Per Curiam

Do not publish.

---

[1]Became effective September 1, 2007.